IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GERALD ROBBINS,
   Petitioner,
     v.

WARDEN HUGH SMITH,
   Respondent.

CIVIL ACTION FILE
NO. 1:08-CV-1523-TWT

ORDER

This is a pro se habeas corpus petition. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending that the Petition be denied. The Petitioner's Objections to the Report and Recommendation are without merit. The alleged state law procedural errors are not grounds for granting federal habeas corpus relief. The Court approves and adopts the Report and Recommendation [Doc. 8] of the Magistrate Judge as the judgment of the Court. The Petitioner's Petition for Writ of Habeas Corpus [Doc. 1] is DENIED.

SO ORDERED, this 18 day of February, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge